## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ERIN O'CALLAGHAN, VERONICA SHEPP, KATHERINE LORENZ, ANNE KIRKNER, SARAH MALONE, and MARLENE FRY | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-CV-6271 |
| v. | ) ) | Judge John J. Tharp |
| UNIVERSITY OF ILLINOIS AT CHICAGO, PAUL SCHEWE, MICHAEL DIAZ, AMY TRUELOVE, and JOHN/JANE DOES 1-100, | ) ) ) ) ) | Magistrate Judge Weisman |
| Defendants. | ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING

Defendant, Paul Schewe, ("Schewe") by and through his attorneys, Elvis Gonzalez Ltd., and for his Motion for Extension of Time to File a responsive pleading to the Complaint of Erin O'Callahan, Veronica Shepp, Katherine Lorenz, Anne Kirkner, Sarah Malone, and Marlene Frey (collectively "the Plaintiffs"), states:

1. Plaintiffs filed this lawsuit ("the Action") on September 19, 2019, asserting various claims against numerous defendants, including Schewe and his employer, the University of Illinois ("the University").

2. On September 30, 2019, counsel for Plaintiffs transmitted a Notice of Lawsuit and Request to Waive Service of Process under Federal Rule of Civil Procedure 4 ("the Notice"). Thereafter, Schewe executed and return the Notice. As such, Schewe's responsive pleading is due on or before December 2, 2019.

3. After agreeing to waive service of process, Schewe submitted a request for legal representation to the University. On November 8, 2019 the University informed Schewe that it was declining to provide him legal representation in the Action.

4. Schewe has only recently retained the undersigned, and is finalizing an engagement with additional counsel, who will all require additional time within which to investigate the facts and claims asserted by the Plaintiffs. Accordingly, Schewe asks for an additional 21 days within which to file his responsive pleading.

5. Schewe has not previously sought an extension in the Action.

6. Due to the Thanksgiving holiday, the undersigned was out of the office, and has been unable to confer with Plaintiff's counsel before filing the instant motion.

WHEREFORE, Defendant, Paul Schewe, respectfully requests that this Court enter an Order granting him an additional 21 days within which to respond to the Plaintiffs' Complaint to and until December 23, 2019, and for such other and further relief it deems just and equitable.

Respectfully submitted,

PAUL SCHEWE

By: /s Elvis D. Gonzalez
One of His Attorneys

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
233 South Wacker Drive, Suite 6149
Chicago, IL 60606
(312) 558-9779
egonzalez@elvisgonzalezltd.com
401745.1-11040.00600

2