# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Erin O'Callaghan, et al.
                                    Plaintiff,

v.                                  Case No.: 1:19−cv−06271
                                    Honorable John J. Tharp Jr.

University of Illinois at Chicago, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2019:

MINUTE entry before the Honorable John J. Tharp, Jr:The Court is in receipt of defendant Paul Schewe's motion for extension of time to file answer [11]. On the Court's own motion, the motion is noticed for presentment on 12/5/19 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.