## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ERIN O'CALLAGHAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 19-cv-06271 |
| ) | |
| THE BOARD OF TRUSTEES OF THE ) | Hon. John J. Tharp, Jr. |
| UNIVERSITY OF ILLINOIS, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 27, 2020, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants shall appear before the Honorable Judge John J. Tharp, Jr., in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall then and there present DEFENDANTS MICHAEL DIAZ'S AND AMY TRUELOVE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM, a copy of which is hereby served upon you.

By: /s/ Sarah L. Bakker
Julie B. Porter (No. 6243787)
Katie Hill (No. 6293005)
Sarah Bakker (No. 6316661)
1010 Davis Street
Evanston, IL 60201
P: (312) 283-5711
F: (312) 724-8353
porter@spplawyers.com
hill@spplawyers.com
bakker@spplawyers.com

*Attorneys for Defendants Michael Diaz and Amy Truelove*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 21, 2020                                         /s/ Sarah L. Bakker