# EXHIBIT

# C

























