# EXHIBIT

# E

Case: 1:19-cv-06271 Document #: 86-5 Filed: 03/18/22 Page 4 of 7 PageID #:716