# EXHIBIT

# F




Case: 1:19-cv-06271 Document #: 86-6 Filed: 03/18/22 Page 8 of 10 PageID #:727

