UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN O'CALLAGHAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-06271 |
| | ) | |
| UNIVERSITY OF ILLINOIS AT | ) | Hon. John J. Tharp, Jr. |
| CHICAGO, et al. | ) | Hon. M. David Weisman |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 8, 2022 Order, ECF No. 85, the parties submit this Joint Status Report, addressing the Court's inquiries.

1. **Whether University of Iowa has agreed to accept service on behalf of Dr. Wilson and if parties are aware whether Dr. Wilson will sit for a deposition or pursue other options**

Plaintiffs personally served Dr. Wilson with a subpoena, and she has informed counsel for Defendant Board of Trustees that she is out of town this week. Counsel for Defendant Board of Trustees relayed this message to all parties and also stated that they do not represent Dr. Wilson as of yet. The parties have reserved April 19, 2022 as a possible deposition date, and Dr. Wilson has been emailed and reserved via certified mail to both her home and office with a subpoena for that date.

2. **An explanation as to whether the parties have resolved issues regarding the 30(b)(6) witness depositions over which the parties continue to have disagreement, and if motion practice is necessary, a proposed schedule for said motions**

Defendant Board of Trustees presented a Rule 30(b)(6) witness on four of the nine topics that Plaintiffs noticed (Topics 1, 2, 3, and 7), and that Rule 30(b)(6) deposition was completed on March 14, 2022. The parties have reached agreement concerning Topics 5 and 6, and Defendant Board of Trustees will be designating a witness for an April deposition. The parties are conferring regarding Topics 8 and 9 and will likely reach agreement on that issue.

Topic 4 is the only outstanding topic that will need court intervention. Plaintiffs have requested that Defendant Board of Trustees present someone who can testify as to all Title IX complaints against all professors at University of Illinois. Defendant Board of Trustees objects to the scope of this topic. Parties suggest the following briefing schedule:
    - Defendant Board of Trustees to file opening motion by April 5

      - Plaintiffs to respond by April 19
      - Defendant Board of Trustees to reply by April 26

3. **Parties' positions as to the type of motions and nature of relief that may be brought based on the issues that occurred during plaintiffs' deposition, including a proposed motion schedule for the same**

    Defendants are filing sanctions motions on March 18, 2022. Plaintiffs request until April 8, 2022 to respond, and Defendants request until April 15, 2022 to reply.

<div style="margin-left:50%">

/s/ Annmarie Alonso (with permission)
Michael L. Fradin
8401 Crawford Ave, Ste. 104
Skokie, IL 60076
P: (847) 986-5889
F: (847) 673-1228
mike@fradinlaw.com
Jonathan Little
Jessica Wegg
Annemarie Alonso
Saeed & Little LLP
133 West Market Street, No. 189
Indianapolis, IN 46204
jon@sllawfirm.com
jessica@sllawfirm.com
*Attorneys for Plaintiffs*

/s/ Julie Porter
Julie B. Porter
Kathleen A. Hill
Sarah L. Bakker
Salvatore Prescott Porter & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
P: (312) 283-5711
F: (312) 724-8353
porter@spplaw.com
hill@spplaw.com
bakker@spplaw.com
*Attorneys for Defendant Board of Trustees of the University of Illinois*

</div>

/s/ Elvis Gonzalez (with permission)
Elvis D. Gonzalez
233 South Wacker Drive, #6149
Chicago, IL 60606
P: (312) 558-9779
egonzalez@elvisgonzalezltd.com
Nicholas E. Lewis (admitted Pro Hac Vice)
nlewis@nmllplaw.com
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
(213) 736-4500
*Attorneys for Defendant Schewe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022 I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 18, 2022                                          */s/ Julie Porter*