**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIN O'CALLAGHAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-06271 |
| | ) | |
| UNIVERSITY OF ILLINOIS AT | ) | Hon. John J. Tharp, Jr. |
| CHICAGO, et al. | ) | Hon. M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT THE BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant the Board of Trustees of the University of Illinois, through its attorneys, moves for summary judgment on Counts I, II, and III of Plaintiffs' First Amended Complaint. In support of this motion, the Board submits a memorandum of law and a statement of undisputed facts pursuant to Local Rule 56.1(a)(2), along with accompanying exhibits.

For the reasons set forth in the memorandum of law, the Board requests that the Court grant this motion and enter judgment in the Board's favor on Counts I, II, and III of the First Amended Complaint.

1

Date: January 30, 2023

Respectfully submitted,

/s/ Julie B. Porter
SALVATORE PRESCOTT PORTER & PORTER
PLLC
Julie B. Porter
Kathleen A. Hill
Sarah L. Bakker
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com
hill@sppplaw.com
bakker@sppplaw.com

*Attorneys for Defendant The Board of Trustees
of the University of Illinois*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: January 30, 2023                                        */s/ Julie B. Porter*