# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Erin O'Callaghan, et al.
                                            Plaintiff,

v.                                                                   Case No.: 1:19−cv−06271
                                                                        Honorable John J. Tharp Jr.

University of Illinois at Chicago, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant University of Illinois at Chicago's motion for summary judgment [148] and Defendant Paul Schewe's motion for partial summary judgment [150] are granted. Enter order. In light of the Court's order, Defendant UIC is dismissed and its pending Daubert motion [154] is denied as moot. An in−person status hearing will take place on Wednesday, February 26 at 9:00 a.m. in Courtroom 2303. Counsel for UIC need not attend. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.