IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN O'CALLAGHAN et al, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 19 C 6271 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| THE UNIVERSITY OF ILLINOIS AT CHICAGO and PAUL SCHEWE, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on motions for summary judgment and motions to dismiss without prejudice remaining state law claims, it is hereby ORDERED:

Judgment is entered in favor of the defendants, The University of Illinois at Chicago and Paul Schewe, and against the plaintiffs, Erin O'Callaghan, Veronica Shepp, Katherine Lorenz, Anne Kirkner, Sarah Malone, and Marlee Fry. Defendants may recover costs.

Dated: February 26, 2025

John J. Tharp, Jr.
United States District Judge